FILED

2008 Jul-22  PM 03:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| ALONZO HOUSTON | ) |
| | ) |
| v. | ) CV. NO. 2:07-cv-08023-JHH-PWG |
| | ) CR. NO. 04-H-0179-S |
| UNITED STATES OF AMERICA | ) |

### MEMORANDUM OF OPINION

The magistrate judge filed findings and recommendation on July 2, 2008 recommending that the motion to vacate be denied.  On July 16, 2008 movant filed objections to the findings and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by the movant, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby ADOPTED and his recommendation is ACCEPTED. Accordingly, the motion to vacate is due to be  DENIED.  A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 22nd day of July, 2008.

_____
SENIOR UNITED STATES DISTRICT JUDGE